# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shawn Anthony Dorty<br>Debtor(s) | BK NO. 17-02906 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. and index same on the master mailing list.

                              Respectfully submitted,

                            **/s/James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            412-430-3594