```
C EMPDETAI pr: 11720-12346                    Altra Industrial Motion Corp                              Page    5
13:54 p/e 07-16-2017                          Single Employee Detail                                    07-21-2017

---------------------------------------------------------------------------------------------------------------
     19165  Shawn A Dorty       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   Hiredate   5-11-2010  Tool Room Machinist Apprentice
Week Ending       Check Date           DEDUCTIONS =     719.52                                     TAXES
5-14-2017         5-18-2017
Total Gross            890.80           0.00  401K              :      0.00  Credit Union         :    73.99  Fit Tax
Net Check              580.25          91.73  Health Ins        :      0.00  Garnishment          :    59.59  Fica Tax
Total Hours             40.00          10.00  HSA               :      0.00  Child Support        :    23.91  Sit Tax
                                        6.03  Dental            :      0.00  Garnishment          :    13.24  Local Tax
Net Check                0.00           0.00  LTD Ins           :     16.27  401K Loan            :     1.00  LST
Net Check Pay                           0.00  Uniforms          :     16.27  401K Loan 2          :     0.55  SDI
                                        4.10  Vision            :      0.00  AD&D                 :
---------------------------------------------------------------------------------------------------------------
     19165  Shawn A Dorty       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   Hiredate   5-11-2010  Tool Room Machinist Apprentice
Week Ending       Check Date           DEDUCTIONS =     719.53                                     TAXES
5-21-2017         5-25-2017
Total Gross            890.80           0.00  401K              :      0.00  Credit Union         :    73.99  Fit Tax
Net Check              580.24          91.73  Health Ins        :      0.00  Garnishment          :    59.58  Fica Tax
Total Hours             40.00          10.00  HSA               :      0.00  Child Support        :    23.91  Sit Tax
                                        6.03  Dental            :      0.00  Garnishment          :    13.24  Local Tax
Net Check                0.00           0.00  LTD Ins           :     16.27  401K Loan            :     1.00  LST
Net Check Pay                           0.00  Uniforms          :     10.14  401K Loan 2          :     0.56  SDI
                                        4.10  Vision            :      0.00  AD&D                 :
---------------------------------------------------------------------------------------------------------------
     19165  Shawn A Dorty       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   Hiredate   5-11-2010  Tool Room Machinist Apprentice
Week Ending       Check Date           DEDUCTIONS =     719.53                                     TAXES
5-28-2017         6-01-2017
Total Gross            890.80           0.00  401K              :      0.00  Credit Union         :    73.99  Fit Tax
Net Check              580.26          91.73  Health Ins        :      0.00  Garnishment          :    59.60  Fica Tax
Total Hours             32.00          10.00  HSA               :      0.00  Child Support        :    23.91  Sit Tax
                                        6.03  Dental            :      0.00  Garnishment          :    13.24  Local Tax
Net Check                0.00           0.00  LTD Ins           :     16.27  401K Loan            :     1.00  LST
Net Check Pay                           0.00  Uniforms          :     10.14  401K Loan 2          :     0.55  SDI
                                        4.10  Vision            :      0.00  AD&D                 :
---------------------------------------------------------------------------------------------------------------
     19165  Shawn A Dorty       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   Hiredate   5-11-2010  Tool Room Machinist Apprentice
Week Ending       Check Date           DEDUCTIONS =     719.51                                     TAXES
6-04-2017         6-08-2017
Total Gross            890.80           0.00  401K              :      0.00  Credit Union         :    73.99  Fit Tax
Net Check              580.24          91.73  Health Ins        :      0.00  Garnishment          :    59.58  Fica Tax
Total Hours             32.00          10.00  HSA               :      0.00  Child Support        :    23.91  Sit Tax
                                        6.03  Dental            :      0.00  Garnishment          :    13.24  Local Tax
Net Check                0.00           0.00  LTD Ins           :     16.27  401K Loan            :     1.00  LST
Net Check Pay                           0.00  Uniforms          :     10.14  401K Loan 2          :     0.55  SDI
                                        4.10  Vision            :      0.00  AD&D                 :
---------------------------------------------------------------------------------------------------------------
     19165  Shawn A Dorty       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   Hiredate   5-11-2010  Tool Room Machinist Apprentice
Week Ending       Check Date           DEDUCTIONS =     719.53                                     TAXES
6-11-2017         6-15-2017
Total Gross            890.80           0.00  401K              :      0.00  Credit Union         :    73.99  Fit Tax
Net Check              567.96          91.73  Health Ins        :      0.00  Garnishment          :    59.58  Fica Tax
Total Hours             40.00          10.00  HSA               :      0.00  Child Support        :    23.91  Sit Tax
                                        6.03  Dental            :      0.00  Garnishment          :    13.24  Local Tax
Net Check Pay            0.00           0.00  LTD Ins           :     16.27  401K Loan            :     1.00  LST
                                        0.00  Uniforms          :     10.14  401K Loan 2          :     0.55  SDI
```

```
19165  Shawn A Dorty
---------
  19165  Shawn A Dorty              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  Hiredate  5-11-2010  Tool Room Machinist Apprentice
Week Ending    Check Date                        DEDUCTIONS =  719.50                         TAXES
 6-18-2017      6-22-2017
Total Gross      890.80             0.00   401K               0.00  Credit Union           :  73.99  Fit Tax
Total Hours       40.00            91.73   Health Ins         0.00  Garnishment            :  59.60  Fica Tax
                                   10.00   HSA                0.00  Child Support          :  23.91  Sit Tax
Net Check        567.94             6.03   Dental             0.00  Garnishment            :  13.24  Local Tax
Net Check Pay      0.00             0.00   LTD Ins           16.27  401K Loan              :   1.00  LST
                                    0.00   Uniforms          10.14  401K Loan 2            :   0.56  SDI
                                    4.10   Vision             0.00  AD&D
---------
  19165  Shawn A Dorty              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  Hiredate  5-11-2010  Tool Room Machinist Apprentice
Week Ending    Check Date                        DEDUCTIONS =  139.27                         TAXES
 6-25-2017      6-29-2017
Total Gross      890.80             0.00   401K               0.00  Credit Union           :  73.99  Fit Tax
Total Hours       32.00            91.73   Health Ins         0.00  Garnishment            :  59.58  Fica Tax
                                   10.00   HSA                0.00  Child Support          :  23.91  Sit Tax
Net Check          0.00             6.03   Dental             0.00  Garnishment            :  13.24  Local Tax
Net Check Pay    580.26             0.00   LTD Ins           16.27  401K Loan              :   1.00  LST
                                    0.00   Uniforms          10.14  401K Loan 2            :   0.55  SDI
                                    4.10   Vision             0.00  AD&D
---------
  19165  Shawn A Dorty              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  Hiredate  5-11-2010  Tool Room Machinist Apprentice
Week Ending    Check Date                        DEDUCTIONS =  139.27                         TAXES
 7-02-2017      7-06-2017
Total Gross      890.80             0.00   401K               0.00  Credit Union           :  73.99  Fit Tax
Total Hours       40.00            91.73   Health Ins         0.00  Garnishment            :  59.58  Fica Tax
                                   10.00   HSA                0.00  Child Support          :  23.91  Sit Tax
Net Check          0.00             6.03   Dental             0.00  Garnishment            :  13.24  Local Tax
Net Check Pay    580.24             0.00   LTD Ins           16.27  401K Loan              :   1.00  LST
                                    0.00   Uniforms          10.14  401K Loan 2            :   0.55  SDI
                                    4.10   Vision             0.00  AD&D
---------
  19165  Shawn A Dorty              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  Hiredate  5-11-2010  Tool Room Machinist Apprentice
Week Ending    Check Date                        DEDUCTIONS =  139.27                         TAXES
 7-09-2017      7-13-2017
Total Gross      890.80             0.00   401K               0.00  Credit Union           :  73.99  Fit Tax
Total Hours       40.00            91.73   Health Ins         0.00  Garnishment            :  59.58  Fica Tax
                                   10.00   HSA                0.00  Child Support          :  23.91  Sit Tax
Net Check          0.00             6.03   Dental             0.00  Garnishment            :  13.24  Local Tax
Net Check Pay    580.26             0.00   LTD Ins           16.27  401K Loan              :   1.00  LST
                                    0.00   Uniforms          10.14  401K Loan 2            :   0.55  SDI
                                    4.10   Vision             0.00  AD&D
---------
  19165  Shawn A Dorty
Week Ending    Check Date
 7-16-2017      7-20-2017
Total Hours       40.00             0.00   401K               0.00  Credit Union           :  78.79  Fit Tax
                                   91.73   Health Ins         0.00  Garnishment            :  62.04  Fica Tax
                                   10.00   HSA                0.00  Child Support          :  24.90  Sit Tax
```

Case 1:17-bk-02906-HWV    Doc 10    Filed 07/26/17    Entered 07/26/17 11:40:31    Desc
                          Main Document    Page 2 of 8

C EMPDETAI pr: 11720-12346                                                    Altra Industrial Motion Corp                                           Page   7
13:54 p/e 07-16-2017                                                           Single Employee Detail                                              07-21-2017

```
  -----  ------------              --------------  ----------  -------------------------
  19165  Shawn A Dorty             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     Hiredate    5-11-2010 Tool Room Machinist Apprentice
Total Gross         922.80  :   6.03 Dental      :    0.00 Garnishment   :  13.79 Local Tax
Net Check             0.00  :   0.00 LTD Ins     :   16.27 401K Loan     :   1.00 LST
Net Check Pay       603.43  :   0.00 Uniforms    :   10.14 401K Loan 2   :   0.58 SDI
                            :   4.10 Vision      :    0.00 AD&D          :
```

Handwritten annotations:
3 - 890.80  2672.40
1 - 922.80
       3595.20

| Period Begin: | 6/11/2017 | Company Id: | 0150LG36 | Employee Number: | 532 | TRI BORO CONSTRUCTION SUPPLIES INC (0 |
|---|---|---|---|---|---|---|
| Period End: | 6/17/2017 | Division | | Pay Group: | Weekly | 465 E LOCUST ST |
| Check Date: | 6/23/2017 | Department | 0031 | SSN: | XXX-XX-2679 | PO BOX 8 |
| Federal Filing: | Married | | | Exemptions: | 3 | DALLASTOWN, PA 17313 |
| State Filing: | | | | Exemptions: | 0 | Federal Additional: |
| Local Filing: | | | | Exemptions: | 0 | State Additional: |
| | | | | | | Local Additional: |

| Check Number | Check Amount | Gross Pay | Net Pay | | Check Message |
|---|---|---|---|---|---|
| 72575 | $540.62 | $646.32 | $540.62 | | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 13.5000 | 40.00 | 540.00 | 40.00 | 540.00 |
| Overtime | 20.2500 | 5.25 | 106.32 | 5.25 | 106.32 |
| **Total:** | | 45.25 | 646.32 | 45.25 | 646.32 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 40.07 | 40.07 |
| MED EE | 9.37 | 9.37 |
| FEDERAL WH | 24.63 | 24.63 |
| PENNSYLVANIA W | 19.84 | 19.84 |
| CARLISLE | 3.23 | 3.23 |
| PENNSYLVANIA SU | 0.45 | 0.45 |
| CARLISLE LST | 1.00 | 1.00 |
| CARLISLE ASD (CA | 7.11 | 7.11 |
| **Total:** | 105.70 | 105.70 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

### CURRENT PERIOD LEAVE ACCRUAL

### DISTRIBUTION OF NET PAY

| | Account: | | *Prenote: | |
|---|---|---|---|---|
| Checking | ####1977 | | | 0.00 |

| Period Begin: | 6/18/2017 | Company Id: | 0150LG36 | Employee Number: | 532 | TRI BORO CONSTRUCTION SUPPLIES INC (0 |
|---|---|---|---|---|---|---|
| Period End: | 6/24/2017 | Division | | Pay Group: | Weekly | 465 E LOCUST ST |
| Check Date: | 6/30/2017 | Department | 0031 | SSN: | XXX-XX-2679 | PO BOX 8 |
| Federal Filing: | Married | | | Exemptions: | 3 | DALLASTOWN, PA 17313 |
| State Filing: | | | | Exemptions: | 0 | Federal Additional: |
| Local Filing: | | | | Exemptions: | 0 | State Additional: |
| | | | | | | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | | |
|---|---|---|---|---|---|
| V25818532 | $0.00 | $647.33 | $541.39 | | Check Message |

**EARNINGS**

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 13.5000 | 40.00 | 540.00 | 80.00 | 1,080.00 |
| Overtime | 20.2500 | 5.30 | 107.33 | 10.55 | 213.65 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 40.14 | 80.21 |
| MED EE | 9.39 | 18.76 |
| FEDERAL WH | 24.73 | 49.36 |
| PENNSYLVANIA W | 19.87 | 39.71 |
| CARLISLE | 3.24 | 6.47 |
| PENNSYLVANIA SU | 0.45 | 0.90 |
| CARLISLE LST | 1.00 | 2.00 |
| CARLISLE ASD (CA | 7.12 | 14.23 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|

| Total: | | 45.30 | 647.33 | 90.55 | 1,293.65 | Total: | 105.94 | 211.64 | Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

Checking  Account: ####1977  Deposit Amount: 541.39

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

TRI BORO CONSTRUCTION SUPPLIES INC (0150LG36)
465 E LOCUST ST
PO BOX 8
DALLASTOWN, PA 17313

| CHECK DATE | VOUCHER ID |
|---|---|
| 6/30/2017 | V25818532 |

Your entire Net pay of $541.39 has been deposited in your bank account(s).

**Amanda L Dorty**

| TOTAL NET PAY |
|---|
| ********$541.39 |

**NOT NEGOTIABLE**

| Period Begin: | 6/25/2017 | Company Id: | 0150LG36 | Employee Number: | 532 | TRI BORO CONSTRUCTION SUPPLIES INC (0 |
|---|---|---|---|---|---|---|
| Period End: | 7/1/2017 | Division | | Pay Group: | Weekly | 465 E LOCUST ST |
| Check Date: | 7/7/2017 | Department | 0031 | SSN: | XXX-XX-2679 | PO BOX 8 |
| Federal Filing: | Married | | | | | DALLASTOWN, PA 17313 |
| State Filing: | | | | Exemptions: | 3 | |
| Local Filing: | | | | Exemptions: | 0 | Federal Additional: |
| | | | | Exemptions: | 0 | State Additional: |
| Voucher Id | Check Amount | Gross Pay | Net Pay | | | Local Additional: |
| V25999263 | $0.00 | $645.71 | $540.15 | | | Check Message |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 13.5000 | 40.00 | 540.00 | 120.00 | 1,620.00 |
| Overtime | 20.2500 | 5.22 | 105.71 | 15.77 | 319.36 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 40.03 | 120.24 |
| MED EE | 9.36 | 28.12 |
| FEDERAL WH | 24.57 | 73.93 |
| PENNSYLVANIA W | 19.82 | 59.53 |
| CARLISLE | 3.23 | 9.70 |
| PENNSYLVANIA SU | 0.45 | 1.35 |
| CARLISLE LST | 1.00 | 3.00 |
| CARLISLE ASD (CA | 7.10 | 21.33 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

**Total:** 45.22 | 645.71 | 135.77 | 1,939.36 | **Total:** 105.56 | 317.20 | **Total:** 0.00 | 0.00

**CURRENT PERIOD LEAVE ACCRUAL**

### DISTRIBUTION OF NET PAY
Checking  Account: ####1977  Deposit Amount: 540.15

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

TRI BORO CONSTRUCTION SUPPLIES INC (0150LG36)
465 E LOCUST ST
PO BOX 8
DALLASTOWN, PA 17313

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/7/2017 | V25999263 |

Your entire Net pay of $540.15 has been deposited in your bank account(s).

**Amanda L Dorty**

**TOTAL NET PAY**
********$540.15

**NOT NEGOTIABLE**

| Period Begin: | 7/2/2017 | Company Id: | 0150LG36 | Employee Number: | 532 | TRI BORO CONSTRUCTION SUPPLIES INC (0 |
|---|---|---|---|---|---|---|
| Period End: | 7/8/2017 | Division | | Pay Group: | Weekly | 465 E LOCUST ST |
| Check Date: | 7/14/2017 | Department | 0031 | SSN: | XXX-XX-2679 | PO BOX 8 |
| Federal Filing: | Married | | | Exemptions: | 3 | DALLASTOWN, PA 17313 |
| State Filing: | | | | Exemptions: | 0 | Federal Additional: |
| Local Filing: | | | | Exemptions: | 0 | State Additional: |
| | | | | | | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | |
|---|---|---|---|---|
| V26137259 | $0.00 | $366.52 | $320.11 | Check Message |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 13.5000 | 27.15 | 366.52 | 147.15 | 1,986.52 |
| Overtime | | 0.00 | 0.00 | 15.77 | 319.36 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 22.72 | 142.96 |
| MED EE | 5.32 | 33.44 |
| FEDERAL WH | 0.00 | 73.93 |
| PENNSYLVANIA W | 11.25 | 70.78 |
| CARLISLE | 1.83 | 11.53 |
| PENNSYLVANIA SU | 0.26 | 1.61 |
| CARLISLE LST | 1.00 | 4.00 |
| CARLISLE ASD (CA | 4.03 | 25.36 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|

| Total: | | 27.15 | 366.52 | 162.92 | 2,305.88 | Total: | 46.41 | 363.61 | Total: | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

Checking   Account: ####1977   Deposit Amount: 320.11

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

TRI BORO CONSTRUCTION SUPPLIES INC (0150LG36)
465 E LOCUST ST
PO BOX 8
DALLASTOWN, PA 17313

| CHECK DATE | VOUCHER ID |
|---|---|
| 7/14/2017 | V26137259 |

Your entire Net pay of $320.11 has been deposited in your bank account(s).

**Amanda L Dorty**

**TOTAL NET PAY**
********$320.11

**NOT NEGOTIABLE**

| Period Begin: | 7/9/2017 | Company Id: | 0150LG36 | Employee Number: | 532 | TRI BORO CONSTRUCTION SUPPLIES INC (0 |
| --- | --- | --- | --- | --- | --- | --- |
| Period End: | 7/15/2017 | Division | | Pay Group: | Weekly | 465 E LOCUST ST |
| Check Date: | 7/21/2017 | Department | 0031 | SSN: | XXX-XX-2679 | PO BOX 8 |
| Federal Filing: | Married | | | Exemptions: | 3 | DALLASTOWN, PA 17313 |
| State Filing: | | | | Exemptions: | 0 | Federal Additional: |
| Local Filing: | | | | Exemptions: | 0 | State Additional: |
| | | | | | | Local Additional: |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
| --- | --- | --- | --- | --- |
| V26314080 | $0.00 | $645.30 | $539.82 | |

### EARNINGS

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
| --- | --- | --- | --- | --- | --- |
| Regular | 13.5000 | 40.00 | 540.00 | 187.15 | 2,526.52 |
| Overtime | 20.2500 | 5.20 | 105.30 | 20.97 | 424.66 |

### TAXES

| Description | Current | YTD |
| --- | --- | --- |
| SOC SEC EE | 40.01 | 182.97 |
| MED EE | 9.35 | 42.79 |
| FEDERAL WH | 24.53 | 98.46 |
| PENNSYLVANIA W | 19.81 | 90.59 |
| CARLISLE | 3.23 | 14.76 |
| PENNSYLVANIA SU | 0.45 | 2.06 |
| CARLISLE LST | 1.00 | 5.00 |
| CARLISLE ASD (CA | 7.10 | 32.46 |

### DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |

| Total: | | 45.20 | 645.30 | 208.12 | 2,951.18 | Total: | 105.48 | 469.09 | Total: | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**CURRENT PERIOD LEAVE ACCRUAL**

### DISTRIBUTION OF NET PAY

Checking  Account: ####1977  Deposit Amount: 539.82

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING, A COIN REACTIVE ARTIFICIAL WATERMARK AND THERMOCHROMATIC INK.

TRI BORO CONSTRUCTION SUPPLIES INC (0150LG36)
465 E LOCUST ST
PO BOX 8
DALLASTOWN, PA 17313

| CHECK DATE | VOUCHER ID |
| --- | --- |
| 7/21/2017 | V26314080 |

Your entire Net pay of $539.82 has been deposited in your bank account(s).
**Amanda L Dorty**

**TOTAL NET PAY**
********$539.82

**NOT NEGOTIABLE**