Certificate Number: 00437-PAM-DE-029702402

Bankruptcy Case Number: 17-02906



00437-PAM-DE-029702402

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2017, at 4:18 o'clock PM MDT, Shawn Dorty completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 8, 2017     By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor