```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 17-02906-HWV
Shawn Anthony Dorty                                                 Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: admin              Page 1 of 1          Date Rcvd: Oct 16, 2017
                              Form ID: 318             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db             +Shawn Anthony Dorty,    2092 Newville Rd,    Carlisle, PA 17015-8948
cr             +Santander Consumer USA Inc.,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Road,
                 Roseville, MN 55113-1100
4944416        +Allbettercare Urgent Care Ctr,    1175 Walnut Bottom Rd,    Carlisle, PA 17015-9160
4944417        +Bureau of Account Mgmt,    3607 Rosemont Ave,    Camp Hill, PA 17011-6904
4944419        +Carlisle Regional Medical Center,    361 Alexander Spring Rd,    Carlisle, PA 17015-3661
4944420        +Chase Home Finance,    P O Box 24696,   Columbus, OH 43224-0696
4944422        +ERC (Dish & Comcast),    P O Box 57610,    Jacksonville, FL 32241-7610
4944429        +Santander Bank NA,    450 Penn St,   Reading, PA 19602-1011
4944431         Shippensburg Animal Hospital,    C/O American Profit Recovery,    3440 W 12 Mile Rd,
                 Farmington, MI 48331
4944434         Steward Financial Svcs,    499 Old Kings Hwy,    Maple Shade, NJ 08052
4944435        +US Dept of Treasury ATTN AWG Analys,    Admin Wage Garnishment Liaison,    P O Box 830794,
                 Birmingham, AL 35283-0794
4944436        +Verizon Wireless,    P O Box 650051,   Dallas, TX 75265-0051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4944418        +EDI: CAPITALONE.COM Oct 16 2017 18:58:00      Capital One,    P O Box 30285,
                 Salt Lake City, UT 84130-0285
4944421        +EDI: RCSFNBMARIN.COM Oct 16 2017 18:58:00      Credit One Bank,    P O Box 98872,
                 Las Vegas, NV 89193-8872
4944423        +EDI: RESURGENT.COM Oct 16 2017 18:58:00      LVNV Funding LLC,    P O Box 10497,
                 Greenville, SC 29603-0497
4944424        +E-mail/Text: unger@members1st.org Oct 16 2017 19:07:10       Members First Credit Union,
                 P O Box 2104,    5000 Louise Dr,   Mechanicsburg, PA 17055-4899
4944425        +EDI: MID8.COM Oct 16 2017 18:58:00      Midland Funding LLC,    2365 Northside Dr,   Ste 300,
                 San Diego, CA 92108-2709
4944426        +E-mail/Text: Bankruptcies@nragroup.com Oct 16 2017 19:07:15       National Recovery Agency,
                 P O Box 67015,    Harrisburg, PA 17106-7015
4944427        +E-mail/Text: bkrnotice@prgmail.com Oct 16 2017 19:06:55       Paragon Revenue Group,
                 216 Le Phillip Ct,    P O Box 127,   Concord, NC 28026-0127
4944428        +E-mail/Text: banko@berkscredit.com Oct 16 2017 19:06:45       Quantum Imaging,
                 C/O Berks Credit & Coll,    P O Box 329,    Temple, PA 19560-0329
4944430        +EDI: DRIV.COM Oct 16 2017 18:58:00      Santander Consumer USA,    8585 N Stemmons Fwy,   Ste 11,
                 Dallas, TX 75247-3822
4944432        +E-mail/Text: jgraham@banksouthcentral.com Oct 16 2017 19:06:55       South Central Bank NA,
                 525 W Roosevelt Rd,    Chicago, IL 60607-4905
4944433        +EDI: CONVERGENT.COM Oct 16 2017 18:58:00      Sprint,    C/O Convergent Outsourcing,
                 P O Box 9004,    Renton, WA 98057-9004
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Michael John Csonka    on behalf of Debtor 1 Shawn Anthony Dorty office@csonkalaw.com,
               kwhitsel@csonkalaw.com;r48114@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | **Shawn Anthony Dorty** | Social Security number or ITIN  xxx−xx−7833 |
| | First Name  Middle Name  Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Middle District of Pennsylvania**

Case number:  **1:17−bk−02906−HWV**

# Order of Discharge                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shawn Anthony Dorty

**By the court:**  *Henry W. Van Eck* (signature)

October 16, 2017

Honorable Henry W. Van Eck
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**